In the Matter of Roy BRENNER, Appellant, against JOHN F. O'CONNELL et al., Individually and as Members of the State Liquor Authority, Respondents.

Submitted February 21, 1955; decided February 22, 1955.

*Alvin McKinley Sylvester* and *Robert W. Corcoran* for motion.

*Monroe I. Katcher, II,* opposed.

Motion to preclude appellant from serving and filing a brief on the appeal herein denied and case set down for argument during the third week of the February, 1955, session of the Court of Appeals.